**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 318 EAL 2022

           Respondent          :

                                         :   Petition for Allowance of Appeal
                                         :   from the Order of the Superior Court

           v.                        :

                                         :

DENNIS MOORE,                    :

                                         :

           Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 13th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.